# Exhibit 1

## CONSENT AGREEMENT

**THIS CONSENT AGREEMENT** ("Agreement") is entered into and effective as of the last date written below ("the Effective Date"), by and between **EMERSON ELECTRIC CO.**, a Missouri corporation having a principal place of business at 8000 West Florissant Avenue, St. Louis, Missouri 63136 ("Emerson") and **AIRWELL HONG KONG TECHNOLOGIES LIMITED**, a Hong Kong corporation having a principal place of business at 1401 Hutchison House, 10 Harcourt Road, Hong Kong ("Airwell") (collectively, "the Parties").



In consideration of the terms of this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree and acknowledge as follows:

1. As used in this Agreement, the term "Affiliates" shall mean any and all business entities (e.g., companies, corporations, partnerships, joint ventures, proprietorships, etc.) in which Emerson or Airwell has an ownership interest, either directly or through one or more intermediaries, or which are under common control, or over which Emerson or Airwell exercises significant management control, including, without limitation, Emerson's or Airwell's divisions and the Parties' respective direct and indirect parents, subsidiaries and sister companies.

2. As successor to the trademark rights of Fedders North America, Inc., Airwell owns U.S. Trademark Registration No. 1,119,176 for EMERSON QUIET KOOL covering "air conditioning units" and U.S. Trademark Registration No. 1,612,846 for EMERSON QUIET KOOL covering "dehumidifiers" (the "Airwell Marks").

DC01/ 21941024

Exhibit F

Consent Agreement
Page 2 of 15



3. Emerson, by itself and/or through its divisions, subsidiaries and Affiliates, uses or has a bona fide intention to use numerous trademarks comprised in whole or in part of the term EMERSON and owns trademark applications for or related to the same, including, but not limited to, U.S. Trademark Application Serial No. 76/294,524 for EMERSON PROCESS MANAGEMENT covering various goods and services in Classes 9, 37 and 42, including:

> gear operators, namely electrical controllers for operating gears in valves; calibration checkers, namely, gauge blocks for machines that are used to calibrate machines; control plates, namely electrical control panels; condenser regulator control valves for regulating the flow of liquids and gases; flow selectors, namely, fluid and gas flow regulators that select the appropriate fluid or gas flow for commercial and industrial use; pressure, temperature, level and flow measurement devices, namely, pressure, density and flow rate determining units for process monitoring and water treatment control in the nature of commercial flow regulators; automatic temperature regulators; temperature control valves for regulating the temperature of water in water treatment plants; temperature responsive, flame responsive, and pressure responsive switching devices in the nature of electric switches that are temperature responsive, flame responsive, pressure responsive; electric temperature controls; thermostats; temperature control devices for electric hot water heaters in the nature of temperature sensors; thermal cut offs, namely, single use temperature responsive, safety devices for incorporation in electrical circuits, designed to interrupt permanently the circuits in which they are installed when the temperature sensed by the devices rises above a predetermined temperature in the nature of circuit breakers; temperature indicators, temperature recorders and electronic fluid temperature control units for industrial waste processing plants; temperature responsive bimetallic discs for use in controls consisting of an electronic sensor attached to a bimetallic disc that controls the temperature of fluid in waste treatment plants; temperature detectors and associated electrical controllers; solid state temperature electric controllers; electronic temperature control apparatus for control of heating/cooling units, namely, electrical controllers for controlling heating and cooling units; temperature and moisture condition video monitors for machines and machine controls; electronic speed controllers, dynamo electric controls, namely, electrical controllers for dynamo electric machines; analytical instrumentation for process monitoring and water treatment control, namely, temperature video monitors; electrical apparatus for use in operating machines, engines and

DC01/ 2194102.4

Consent Agreement
Page 3 of 15



motors by controlling electric current, namely, electrical controllers for magnetic bearing control; electric motor controls in the nature of electrical controllers for motors and electric power units in the nature of power distributing boxes; electromechanical controls for heating, cooling and refrigeration units; high temperature oil controls, namely, electrical controllers for controlling oil level monitors; solid state temperature electrical controllers; thermostats; overheat controls, namely, electrical controllers to prevent overheating in refrigeration systems; electronic temperature control apparatus for control of heating/cooling units used in industrial processing and commercial applications, namely temperature sensors, thermostats and temperature control devices for electric hot water heaters, namely, temperature sensors; thermostatic hot water controls, namely, electrical controllers for thermostatic hot water heaters; and electrical draft controllers for application to heating control, usable as a unit together under control of the thermostat and the thermostatic hot water control; electrical oil burner controls; solid-state flame detecting electrical oil burner controllers; gas burner electrical controls; flow meters for measuring, indicating, recording and controlling the flow of fluids; sight flow indicators; signaling or alarm devices and systems for sensing and regulating or controlling fluid level or fluid flow in the nature of emergency signal transmitters; electronic motion and position transmitters for use in connection with flow meters and fluid level indicators; flow-indicating, flow-recording, flow-controlling, flow-proportioning and flow-interpreting equipment for use with flow meters to sense the position of a flow-responsive element and to transmit, signal, indicate or record the same at a place remote from the flow meter, or to record, control, proportion or interpret the fluid flow to or from the flow meter in the nature of computers and computer processing units; diaphragm-type pressure transmitting seals for use with pressure responsive flow meters consisting of a radio transmitter and a metal seal sold as a unit; positive displacement bi-rotor fluid meters; liquid level gauges, liquid and flowable solids level indicators; bin and tank level indicators; display and recording units consisting of computers and computer hardware for measuring level, density, weight, mass flow and moisture content of industrial process materials; flow control valves for regulating the flow of liquids and gases for refrigerating units; variable area flow meters for measuring, indicating, recording, and controlling the flow of fluids; gas flow rate calibrators; motion or position digital transmitters for use in connection with flow meters and fluid level indicators; gas flow regulators; flow meters for measuring, indicating, recording, and controlling the flow of fluids; flow rate indicating meters; gas flow revolution counters, temperature, pressure, density, flow rate, and ph determining units in the nature of electronic sensors for process monitoring and water treatment control; mass flow electrical controller; electronic thermal mass flow controllers; gas and liquid flow electrical controllers for industrial use, primarily in the pharmaceutical,

DC01/ 2194102.4

Consent Agreement
Page 4 of 15

semiconductor, biotech and petrochemical industries; liquid analysis instruments and equipment, namely, liquid level sensors; automatic liquid sampling devices for use with liquid analysis instruments, namely, sensors, transmitters and analyzers for measuring ph, orp, conductivity, dissolved oxygen chlorine, ozone suspended solids and turbidity; indicating and measuring instruments, namely, industrial process pressure recorders and electrical controllers, flow measurement electric recorders and electrical controllers, gas and liquid analysis electric recorders and electrical controllers; liquid level analysis meters; residual gas analyzers; combustion analyzers; electronic signaling and control devices responsive to liquid or gas flow in industrial flow-measuring equipment, namely, signal conditioning and communication device for industrial process control; gas flow rate calibrators; gas flow regulators; gas pressure regulators; gas flow calibrators and revolution counters; gas pressure regulators; combination gas pressure regulator and redundant solenoid gas valve for use in forced air furnaces, boilers, clothes dryers, and gas water heaters; laboratory analyzers, namely laboratory residual gas analyzers; automatic chromatography parts consisting of auto samplers; laboratory instruments in the nature of thermal desorbers for chemical analysis; total organic analyzers that measure the air for concentrations of volatile organic compounds; total organic halide analyzers; trace element analyzers for use in the determination of heavy metals and other harmful substances in the monitoring of environmental pollution; purge and trap concentrators that allow for the automatic processing of liquid and soil samples for analysis by gas chromatography; static head space analyzers; laboratory equipment, namely, whole air concentrators; thermal desorption laboratory instruments, namely, desorbers, autosamplers, desorption tubes, tube conditioners, for use in extracting and isolating volatile and semivolatile compounds; control valves for regulating the flow of gases; electro-mechanical instruments for use in measuring the pressure and flow of a valve or regulator; automatic valves, namely, automatic check valves, unloading check valves for the outlets of air compressors, automatic ball check valves; automatic piezoelectrically operated valves; analog and digital electric and electronic control, operating, diagnostic and connecting elements and units, namely, computers for controlling, operating, diagnosing and connecting data in plants; electric and electronic network elements, lines and interfaces for use in pneumatic and hydraulic installations and equipment, namely, computer interface boards and plumb lines; explosion proof automatic valves; pressure equalizing automatic valves; pressure relief valves for use in farm tap applications; safety valves for use in flow shutoff in well construction; automatic regulating valves; automatic fuel dosing valves; control devices in the nature of electronic controllers for the forcible opening of automatic compressor valves; valve position electronic sensors for determining valve position; automatic valves for zone control in heating systems;

DC01/ 21941024

Consent Agreement
Page 5 of 15



electromagnetic solenoid gas valves for heating systems; electric valve actuators; automatic condenser regulation control valves; automatic ball valves; automatic seal valves; automatic butterfly valves; unloading lined and unlined check valves for the outlets of air compressors; combination valves consisting of control valves for regulating the flow of gases and liquids and automatic valves; automatic globe control valves; automatic jacketed valves; automatic line block valves; automatic needle control valves; automatic plug valves; solenoid valves in the nature of electromagnetic switches; digital electrical valve controllers; automatic steam conditioning valves; automatic rotary valves; automatic segmented ball valves; electric plug valves; automatic full bore pipe line ball valves; automatic high performance butterfly valves; universal automatic globe valves; general service automatic globe valves; chemical service automatic globe valves; high pressure automatic globe valves; digital level electrical controllers; digital fluid level transmitters; pneumatic pressure controllers; pneumatic temperature controllers; automatic low flow valves; automatic rotary eccentric plug valves; automatic sanitary valves; valve instrumentation, namely, electro-pneumatic transducers, position digital transmitters, automatic trip valves featuring volume boosters that are used in conjunction with a positioner on a throttling control valve to increase stroking speed; voltage regulators; air regulators; electro-mechanical instruments for use in measuring the pressure and flow of a valve or regulator, namely pressure gauges and air flow gauges; pressure regulators for controlling the flow of gases; fuel pressure regulators; voltage regulator by-pass electric switches, electrical devices for measuring physical properties of flowable materials and controlling process equipment and accessories therefor namely, electrical power supplies and air flow regulators, reactive power compensators, converters, air flow meters and air flow recorders, and electrical controllers and electrical air flow regulators; ac line regulators; air, fuel and voltage regulators; plant, facility and field process management devices, namely, field radio transmitters, residual gas analyzers, electrical valve controllers, digital conductivity transmitters, digital valve controllers, fan/damper electric valve actuators, fluid flow and fluid density meters, gas chromatograph, magnetic flow meters, oxygen analyzers, oxygen digital transmitters, ph digital transmitters, pressure digital transmitters, temperature digital transmitters, electric valve actuators, vortex water flow meters; computer software for process and facility automation, management and optimization, namely, database management software for process variability reduction, increased plant availability, reduced capital and engineering costs, reduced operations and maintenance costs, enhanced safety and environmental compliance; electrical switches; automatic valves; gas flow meters for domestic, industrial, commercial or agricultural use; fluid flow indicators; signal and alarm devices for the detection of equipment failure and malfunction; valve position indicators;

DC01/ 2194102.4

Consent Agreement
Page 6 of 15

gas flow calibrators; process calibrators; temperature calibrators; malfunction calibrators; calibrators used to verify pressure; calibrators used to verify electrical sensors; calibrators used to verify electrical transmitters; calibrators to identify temperature errors; calibrators to identify calibration errors; motion or position digital transmitters for use in connection with flow meters and fluid level indicators; digital transmitters use with moisture, humidity and/or temperature sensors, and with moisture, humidity and/or temperature indicators, recorders and control units; electronic motion or position transmitters, particularly adapted for use in connection with flow meters and liquid level indicators; liquid level digital transmitters; electroacoustic transducers; purge meters functioning as variable area flow meters for both liquid and gas; electrical conductivity meters; flow rate indicating meters for liquids and gas; petrol meters, regulatory, recording and interpretative fluid meters and devices used in connection therewith for commercial and industrial use, namely, flow meters for measuring, indicating, recording and controlling the flow of fluids, oil gauges, liquid level gauges, gas flow calibrators and revolution counters; positive displacement fluid flow meters; flow computers; oil gauges; liquid level gauges; pressure and vacuum gauges; apparatuses and instruments for measuring, controlling, supplying and distributing gases and mixtures thereof, namely, gas flow meters, gas regulators, gas control and distribution electric control panels, mass flow meters and electrical controllers, purge fluid meters, gas cylinder weighing scales, gas detection proportion gauges and rotometers; electronic fluid analysis meters; electric valve actuators; switch boxes; speed control plates consisting of electronic speed controllers inside of a metal plate; bus communication devices, namely universal serial bus operating hardware; electrical power supplies; computer database management software for asset, equipment and facility management; computer software for industrial process control; computer software for database management that stores data process control information; remote repair and diagnosis equipment in the nature of computers for the remote repair and diagnosis of equipment; electrical controls for increasing stroking speed on throttling control valves; computer software for industrial factory automation, namely, software to integrate manufacturing machine operations, track problems and generate production reports; computer software for database management, database analysis and database reporting of industrial process control information; industrial process control software, namely, computer software for rotating machinery and process instrumentation; computer database management software for collecting, analyzing, sharing and utilizing customer information; computer industrial process control software for reducing process variability and facilitating regulatory compliance; computer industrial process control software for lowering facility installation, operating and maintenance costs; computer industrial control software for improving process up time; computer

DC01/ 2194102.4

Consent Agreement
Page 7 of 15



industrial process control software for increasing machinery asset utilization, monitoring and communicating process and equipment information; computer industrial process management software for production optimization in the oil and gas, hydrocarbon processing, chemicals, power generation, utilities, water and waste water industries; computer software for creating models of equipment configurations; computer industrial process management software for predicting the timeline for equipment maintenance; computer industrial process management software for maximizing power plant boiler performance reducing heat rates, reducing steam waste, stabilizing steam temperature control, optimizing soot blowing, minimizing opacity, minimizing emissions; computer industrial process management software for identifying controllable machinery losses; computer industrial process management software for reducing plant maintenance costs; computer industrial process management software for reducing unplanned energy outages and optimizing the distribution of machinery load demands across multiple units or unit components; computer industrial process management software for operating and monitoring waste treatment plant equipment, for controlling, monitoring and supervising the creation and distribution of critical alternating current and direct current buses for commercial and industrial power systems; computer software for database management recorded on cd-rom; ultrasonic sensing systems, namely, liquid level sensors, interface pressure sensors, acoustic impedance sensors and associated controls in the nature of electrical controllers for acoustic impedance sensors; temperature sensors; non-contacting pressure sensors; production optimization industrial process management software; performance monitoring industrial process management software; electric ac and dc adjustable speed drives for commercial and industrial use; solid state electric dc drives; analytical instruments, namely, instruments for measuring pressure, temperature, level and flow of liquids and gasses; remote operations electrical controllers, digital pressure transmitters, digital mass flow transmitters, digital multivariable transmitters, digital absolute pressure transmitters, digital gauge pressure transmitters, digital pressure transmitters for the pulp and paper industry, digital pressure transmitters for the food and pharmaceutical industries, digital temperature transmitters, programmable digital temperature transmitters, temperature sensors; radar level gauges, liquid level transmitters, vortex fluid and gas flow meters, mass fluid and gas flow transmitters, temperature validators in the nature of thermometers that validate temperature; electronic video monitors for use in continuous monitoring of emissions and of combustion; process and environmental analyzers in the nature of computers for gathering and logging data and monitoring processes running on a given system and alerting as to when shut downs are appropriate and/or necessary; process chromatographs; gas BTU chromatographs; portable process chromatographs; portable gas BTU chromatographs; photometers

DC01/ 2194102.4

Consent Agreement
Page 8 of 15

for measuring, controlling and adjusting process variables, namely, flow rate, density, level, pressure, temperature; computer software for controlling and collecting, processing and analyzing data from photometers; devices in the nature of computers for recording process variables, namely, flow rate, density, level, pressure and temperature; electromechanical controls for heating, cooling and refrigeration units; electromechanical controls for appliances and air conditioners; automatic shut-off controls for welding machines; electronic and electrical control units for use in conjunction with electromagnetic friction brakes and clutches; electrical hot water controls; high temperature oil electrical controls; solid state temperature electrical controllers; thermostats; input electrical controllers; electrical overheat controls for use with heaters; electronic programmable servo control units for industrial use, consisting of electronic servo motor controllers, brushless servomotors and digital servo motor drives; electronic controls for electromagnetically actuated devices in the nature of electric valve actuators used in conjunction with motors other than vehicle motors; electronic temperature control apparatus for control of heating/cooling units used in industrial processing and commercial applications consisting of temperature sensors and electrical controllers; digital control units consisting of electrical connectors, connecting electrical connectors, electrical controllers adapter plugs for providing current; dynamoelectric controls used in industrial processing and commercial applications; electrical control units comprising rectifiers, electric resistors, and capacitors for use in conjunction with electromagnetic friction brakes and clutches electronic control stations for control of electric installations; electrical controllers; thermoelectric controls in the nature of thermo electrical controllers; solid state electric speed controls for ac motors; electronic batch controllers; thermostats and temperature control devices for electric hot water heaters; thermostatic hot water controls; furnace and boiler draft controls for application to heating control, usable as a unit together under control of the thermostat and the thermostatic hot water control; electric motor controls; oil burner controls; solid-state flame detecting oil burner controls; gas burner controls; control systems, comprising a variable frequency electrical power supply for stopping, starting and regulating the speed of electric motors; remote controls for operating machines; electronic speed controllers for machinery; water heater controls; electric valve actuators, fluid flow control valves; electric concentrators for electric energy conversion and collection (in International Class 009);

industrial and commercial machine and equipment repair and predictive maintenance services in the chemical, food and beverage, hydrocarbon and energy, life science, pharmaceutical, power, pulp and paper, refining and water and waste water industries; installation and repair of process

DC01/ 2194102.4

Consent Agreement
Page 9 of 15

control and automation systems consisting of computers, automation software, measurement devices, analytical instruments and valves; machinery repair and replacement (in International Class 037); and

technical consulting services in the fields of plant machinery, facility machinery and operations efficiency; engineering services; diagnostic services in the field of machinery, plant machinery and facility machinery, featuring remote analysis of machinery; plant, facility and machinery troubleshooting in the nature of diagnosis services of machinery; product safety performance testing of plant and facility machinery and equipment to ensure satisfactory performance; machinery calibration; remote performance monitoring of process and mechanical plant and facility equipment, namely, remote performance monitoring of facility machinery and heating, ventilating and air conditioning apparatus for process and mechanical plants (in International Class 042).

4. Emerson, by itself and/or through its divisions, subsidiaries and Affiliates, also uses or has a bona fide intention to use and owns the following mark:



Emerson owns the following corresponding U.S. Trademark Applications:

    a. Serial No. 76/975,789 covering "humidifiers" (in International Class 011);

    b. Serial No. 76/978,210 covering "household air cleaners; air purifying units for domestic, commercial and industrial use; ventilating fans and blowers for commercial, industrial and agricultural use; ceiling fans; air circulators" (in International Class 011); and

DC01/ 2194102.4

Case 1:20-cv-01449-LPS Document 1-1 Filed 10/26/20 Page 11 of 16 PageID #: 25
Case: 4:17-cv-02309 Doc. #: 1-6 Filed: 08/25/17 Page: 10 of 15 PageID #: 169

Consent Agreement
Page 10 of 15

c. Serial No. 76/975,791 currently covering "ranges and replacement parts therefor" (in International Class 011).

5. The marks described in Paragraphs 3 and 4 above are hereinafter collectively referred to as the "Emerson Marks".

6. The U.S. Patent and Trademark Office has cited the registrations for the Airwell Marks described in Paragraph 2 above as bars to registration of the Emerson Marks (except Serial No. 76/975,791, which has been allowed). Emerson has petitioned to cancel the registrations for the Airwell Marks.

7. The Parties are unaware of any confusion to date arising from the concurrent use of their respective marks on or in connection with their respective goods and/or services.

8. Airwell hereby consents to the use and registration of the Emerson Marks in light of the following:

a. The Airwell Marks and the Emerson Marks are, or can be made to be, sufficiently different in their entireties as to appearance and commercial impression, when taken with the differences between the distinct goods and/or services, to prevent likelihood of confusion;

b. The Parties' respective goods and/or services in connection with which their respective marks are used are distinct and non-overlapping.

9. Each Party agrees not to promote, advertise or distribute its respective goods and/or services in any way that would lead consumers to associate it with the other Party or its goods and/or services.

DC01/ 2194102.4

Consent Agreement
Page 11 of 15

10. In the event that this Agreement is not accepted by the U.S. Patent and Trademark Office or does not obviate the Office's refusal to register the Emerson Marks, the Parties will work together to draft a consent agreement that will permit Emerson's registration of the Emerson Marks.

11. Within two (2) weeks of the Effective Date, Emerson's counsel shall file the Stipulated Motion to Withdraw Cancellation in the form attached hereto as Exhibit A.

12. Emerson, together with its divisions, subsidiaries, and Affiliates, hereby releases and discharges Airwell, together with its divisions, subsidiaries, and Affiliates, from any claim that the Airwell Marks have been abandoned prior to the Effective Date of this Agreement. Nothing contained in this Agreement nor the Stipulated Motion shall prevent Emerson, its divisions, subsidiaries, or Affiliates, from bringing a claim of abandonment of the Airwell Marks against Airwell, its divisions, subsidiaries, or Affiliates, based upon abandonment of the Airwell Marks effective subsequent to the Effective Date of this Agreement.

13. Either Party may license or assign its respective rights hereunder, in whole or part, provided that such license, assignment, or other agreement does not conflict with the provisions of this Agreement and provided that the parties to same ratify and expressly agree to be bound by the terms hereof.

14. This Agreement shall be construed without regard to any presumption or any other rule requiring construction against the Party causing it to be drafted.

15. This Agreement may be executed in two counterparts, each of which, when executed, shall be deemed an original and such counterparts together shall constitute a single instrument.

DC01/ 2194102.4

Consent Agreement
Page 12 of 15

**IN WITNESS WHEREOF,** the Parties have executed this Agreement in duplicate by their respective duly authorized representative.

AIRWELL HONG KONG
TECHNOLOGIES LIMITED

Name: PEDRO RUIZ GOMEZ

Title: DIRECTOR

Date: 01 / 07 / 2009

Raymond Choong
Managing Director
13.7.2009

EMERSON ELECTRIC CO.

X. Dale A. Kubly

Name: Dale A. Kubly

Title: Vice President & Associate General Counsel

Date: August 21, 2009

DC01/ 2194102.4

# EXHIBIT A

DC01/ 2194102.4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| EMERSON ELECTRIC CO., Petitioner, | |
| v. | Canc. No. 92050426 |
| AIRWELL HONG KONG. TECHNOLOGIES LIMITED, Respondent. | Reg. Nos. 1119176 and 1612846 – EMERSON QUIET KOOL |

## STIPULATED MOTION TO WITHDRAW CANCELLATION

Petitioner, Emerson Electric Co., with the consent of Respondent, expressly withdraws the above-identified cancellation proceeding without prejudice.

Respectfully submitted,

EMERSON ELECTRIC CO.

By: *Jessica Sachs*

Lisabeth H. Coakley
Lisa M. DuRoss
Jessica S. Sachs
Harness, Dickey & Pierce, P.L.C.
Suite 400
5445 Corporate Drive
Troy, MI 48098
Phone: 248-641-1600
Fax: 248-641-0270

Attorneys for Petitioner

Respondent, Airwell Hong Kong Technologies Limited, by its counsel, consents to the foregoing withdrawal without prejudice.

AIRWELL HONG KONG TECHNOLOGIES LIMITED

By: *Jennifer L. Dean*       8/17/09

Jennifer L. Dean
Drinker Biddle & Reath LLP
1500 K Street, N.W. – Suite 1100
Washington, D.C. 20005
Phone: 202-842-8800; Fax: 202-842-8465

DC01/ 2194102.4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the STIPULATED MOTION TO WITHDRAW CANCELLATION was served on counsel for Respondent, at the following address of record, by first class mail, postage prepaid, this 1st day of September, 2009:

Jennifer L. Dean
Drinker Biddle & Reath LLP
1500 K Street, N.W. – Suite 1100
Washington, D.C. 20005

*Jessica Sachs*

DC01/ 2194102.4