# Exhibit 2

## Consent Agreement

This Consent Agreement ("Agreement") is entered into and effective as of the last date written below, by and between Emerson Electric Co. ("Emerson"), a Missouri corporation having a principal place of business at 8000 West Florissant Avenue, St. Louis, Missouri 63136, and Airwell Hong Kong Technologies Ltd. ("Airwell"), a Hong Kong corporation having a principal place of business at Houston Centre, Room 805, 63 Mody Road, Tsim Sha Tsui East, Kowloon, Hong Kong, concerning Airwell's use and registration of the Airwell Mark (as set forth below) in the United States.

In consideration of the terms of this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Airwell is the owner of U.S. Trademark Application Serial No. 77/946976 (the "Airwell Application") for the mark EMERSON QUIET KOOL (the "Airwell Mark") for "portable compact residential window and wall room air conditioning units" (the "Airwell Goods")

2. Emerson is the owner of: U.S. Trademark Registration No. 3,771,945 for the mark EMERSON for "environmental measuring, testing and monitoring instruments" and other goods more specifically set forth therein; U.S. Trademark Registration No. 1,795,612 for the mark EMERSON for "compressors for use in refrigeration" and other goods more specifically set forth therein; and U.S. Trademark Registration No. 1,742,773 for the mark EMERSON for "AC and DC adjustable speed drives for commercial and industrial use" and other goods more specifically set forth therein (together, the "Emerson Marks").

3. The U.S. Patent & Trademark Office has cited the Emerson Marks as bars to registration of the Airwell Application.

4. The parties do not anticipate any confusion arising from the concurrent use of their respective marks on or in connection with their respective goods and/or services as provided by this Agreement.

5. Accordingly, Emerson hereby consents to registration of the Airwell Mark in the Airwell Application and to use of the Airwell Mark, in connection with the Airwell Goods, in light of the following:

   a. The Airwell Mark and the Emerson Marks are, or can be made to be, sufficiently different in their entireties as to appearance and commercial impression, when taken with the differences between the distinct goods and/or services, such that there is no likelihood of confusion;

   b. The Airwell Goods and Emerson's respective goods and/or services are sufficiently different when used in connection with their respective marks.

NY-732406 v1

Exhibit G

6. Each party agrees not to promote, advertise, or distribute its respective goods and/or services in any way that would lead consumers to associate it with the other party or its goods and/or services.

7. In the event this Agreement is not accepted by the U.S. Patent & Trademark Office or does not obviate the Office's refusal to register the Airwell Application, the parties will work together to draft a consent agreement that will permit Airwell's registration of the Airwell Application.

8. Either party may license or assign its respective rights hereunder, in whole or in part, provided that such license, assignment, or other agreement does not conflict with the provisions of this Agreement and provided that the parties to the same ratify and expressly agree to be bound by the terms hereof.

9. This Agreement shall be construed without regard to any presumption or any other rule requiring construction against the party causing it to be drafted.

10. This Agreement shall not operate to alter, amend, replace or terminate the Consent Agreement dated August 21, 2009, previously entered by the parties, which shall remain in effect pursuant to its terms.

11. This Agreement may be executed in two counterparts, each of which, when executed, shall be deemed an original and such counterparts together shall constitute a single instrument.

In witness whereof, the parties have executed this Agreement by their respective duly authorized representatives.

Airwell Hong Kong Technologies, Ltd.

By: _____
Name: CHOONG AH KESH
Title: Managing Director

Emerson Electric Co.

By: _____
Name: Timothy G. Westman
Title: Vice President, Assistant Secretary & Associate General Counsel