# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD., and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | C.A. No. 20-1449-LPS <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT EMERSON ELECTRIC CO.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Emerson Electric Co. moves to dismiss each and every claim of Plaintiffs Emerson Quiet Kool Co. Ltd.'s and Home Easy Ltd.'s Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, under the doctrine of *forum non conveniens*, and under principles of international comity. The grounds for this motion are fully set forth in the Defendant's Opening Brief in support of this motion, filed contemporaneously herewith, and upon the papers, records, and pleadings on file with the Court.

Dated: March 5, 2021

Respectfully submitted,

*/s/ Adam W. Poff*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600

apoff@ycst.com
rvrana@ycst.com

**ROPES & GRAY LLP**
James R. Batchelder (*pro hac vice*)
James L. Davis, Jr. (*pro hac vice*)
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303-2284
T: 650-617-4000
F: 650-617-4090
James.Batchelder@ropesgray.com
James.L.Davis@ropesgray.com

Peter M. Brody (*pro hac vice*)
Ropes & Gray LLP
2099 Pennsylvania Ave., N.W.
Washington, DC 20006
T: (202) 508-4600
Peter.Brody@ropesgray.com

*Attorneys for Defendant Emerson Electric Co.*

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on March 5, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Jeremy D. Anderson
>FISH & RICHARDSON P.C.
>222 Delaware Avenue
>17th Floor
>P.O. Box 1114
>Wilmington, DE 19899
>(302) 652-5070
>janderson@fr.com

>*Attorney for Plaintiffs*

I further certify that on March 5, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel of record.

Dated: March 5, 2021

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Adam W. Poff
>Adam W. Poff (No. 3990)
>Robert M. Vrana (No. 5666)
>Rodney Square
>1000 North King Street
>Wilmington, DE 19801
>302-571-6600
>apoff@ycst.com
>rvrana@ycst.com
>
>*Attorneys for Defendant*

27675112.1