# EXHIBIT 2

3/1/2021     Trademark Electronic Search System (TESS)

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Mon Mar 1 03:47:22 EST 2021

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start]  List At: ____  OR  [Jump]  to record: ____   **Record 358 out of 374**

[TSDR] [ASSIGN Status] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# EMERSON

| | |
|---|---|
| **Word Mark** | EMERSON |
| **Goods and Services** | IC 007 009 011 012 015. US 021. G & S: [ Electric Motors, ] Electric Fans, including fans of [ Portable, ] wall, * and * ceiling [, and Floor ] Types, [ Electric Exhaust-Fans, ][ Electric Forge-Blowers, ] [ Electric Generators, Electric Motor-Generators, ] [ Knife-Switches, ] [ Switchboards, Panel-Boards, ] [ Fuse-Boards, ] [ Transformers, Rotary Transformers, ] [ Illuminating-Cylinders, Watch-Demagnetizers, Electric Organ-Blowers, Electric Hair-Driers, Electrically-Operated Coffee-Mills, ] [ Electrically-Operated ] [ Air and ] [ Water Pumps, Electrically-Operated Lathes, ] [ Electrically-Operated Buffers and ] [ Grinders, Electrically-Operated Furnace-Blowers ] [, Electrically-Operated Hacksaws, and Electric Motors and Power-Transmitters for Sewing-Machines ]. FIRST USE: 18900000. FIRST USE IN COMMERCE: 18900000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 71093643 |
| **Filing Date** | March 18, 1916 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Registration Number** | 0111931 |
| **Registration Date** | August 15, 1916 |
| **Owner** | (REGISTRANT) EMERSON ELECTRIC MANUFACTURING COMPANY;THE CORPORATION MISSOURI NO. 2024 WASHINGTON AVE. ST. LOUIS MISSOURI 63103<br><br>(LAST LISTED OWNER) EMERSON ELECTRIC CO. CORPORATION MISSOURI 8000 WEST FLORISSANT ST. LOUIS MISSOURI 63136 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |

| | |
|---|---|
| 3/1/2021 | Trademark Electronic Search System (TESS) |
| **Attorney of Record** | Michael P. Brennan; Lisa M. DuRoss |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 12C. SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20161028. |
| **Renewal** | 6TH RENEWAL 20161028 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY