# EXHIBIT 7



**Emerson Quiet Kool Co. Ltd.**
Company Summary

# Company Summary

**Emerson Quiet Kool Co. Ltd.**
1275 Bloomfield Ave Bldg 16-141
Fairfield, New Jersey, 07004-2708
United States
Tel: +1-973-808-8899
Marketability: Has Not Opted Out of Direct Marketing
www.emersonquietkool.com

| | | | |
|---|---|---|---|
| **Employees (This Site):** | 40 (Actual) | **Reporting Currency:** | USD |
| **Employees (All Sites):** | 40 (Actual) | **Financials In:** | USD |
| **Company Type:** | Private Subsidiary | **Annual Sales:** | 2.7M (Modelled) |
| **Corporate Family:** | 3 Companies | | |
| **D-U-N-S® Number:** | 08-101-2498 | | |
| **Ultimate Parent Company:** | HOMEEASY INDUSTRIAL CO., LIMITED | | |
| **Parent Company:** | HOMEEASY INDUSTRIAL CO., LIMITED | | |

## Business Description

Emerson Quiet Kool Co. Ltd. is primarily engaged in the wholesale distribution of warm air heating and air-conditioning equipment and supplies.

*Source: D&B*

## Industry

**D&B Hoovers:** Construction and Hardware Materials Wholesale
**US 8-Digit SIC:** 50750000 - Warm air heating and air conditioning

## Company Identifiers

**D-U-N-S® Number:**     081012498

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.

Exhibit 7, Page 1

## Corporate Highlights

| | | | |
|---|---|---|---|
| **Prescreen Score:** | LOW RISK | **Plant/Facility Size (sq. ft.):** | 8,897 |
| **Parent D-U-N-S® Number:** | 669314841 | **Latitude:** | 40.882178 |
| **Ultimate Parent D-U-N-S® Number:** | 669314841 | **Longitude:** | -74.296027 |
| **State Of Incorporation:** | Delaware | | |
| **Year Founded:** | 2014 | | |

## Key Contacts



### Dennis Mcinerney
Regional Sales Manager

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.

Exhibit 7, Page 2