# EXHIBIT 8



Home Easy Ltd.
Company Summary

# Company Summary

**Home Easy Ltd.**
1275 Bloomfield Ave Ste 16
Fairfield, New Jersey, 07004-2735
United States
Tel: +1-973-808-8899
Marketability: Has Not Opted Out of Direct Marketing
www.homeeasy.net

| | | | |
|---|---|---|---|
| **Employees (This Site):** | 10 (Actual) | **Reporting Currency:** | USD |
| **Employees (All Sites):** | 10 (Actual) | **Financials In:** | USD |
| **Company Type:** | Private Subsidiary | **Annual Sales:** | 2M (Modelled) |
| **Corporate Family:** | 3 Companies | | |
| **D-U-N-S® Number:** | 08-050-4002 | | |
| **Ultimate Parent Company:** | HOMEEASY INDUSTRIAL CO., LIMITED | | |
| **Parent Company:** | HOMEEASY INDUSTRIAL CO., LIMITED | | |

## Business Description

Home Easy Ltd. is primarily engaged in the wholesale distribution of home furnishings and housewares, including antiques; china; glassware and earthenware; lamps (including electric); curtains and draperies; linens and towels; and carpets, linoleum, and all other types of hard and soft surface floor coverings.

*Source: D&B*

## Industry

**D&B Hoovers:** Home Furnishings Wholesale
**US 8-Digit SIC:** 50230105 - Kitchen tools and utensils, nec

## Company Identifiers

**D-U-N-S® Number:**           080504002

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.

Exhibit 8, Page 1

## Corporate Highlights

| | | | |
|---|---|---|---|
| **Prescreen Score:** | LOW RISK | **Plant/Facility Size (sq. ft.):** | 5,467 |
| **Parent D-U-N-S® Number:** | 669314841 | **Latitude:** | 40.858229 |
| **Ultimate Parent D-U-N-S® Number:** | 669314841 | **Longitude:** | -74.318155 |
| **State Of Incorporation:** | Delaware | | |
| **Year Founded:** | 2016 | | |

## News

SupplyChainIT.com                                                                 Jan 21, 2021
**PFU (EMEA) Limited adds two new devices to its award-winning ScanSnap line-up**

Fresh Tech Apps                                                                   Jan 12, 2021
**Toy Storage Ideas Big W**

MSN Australia News                                                                Jan 11, 2021
**New HP Elite Dragonfly laptops launch at CES 2021, make working from home easy**

indian politics                                                                   Dec 31, 2020
**Khasta Karari Suji Kachori At Home, Easy Recipe And Trick**

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.