# EXHIBIT 9

## HOMEEASY INDUSTRIAL CO., LIMITED

**Corporate Family Report**                                                                              2/27/2021

3 Total Corporate Family Members

| Company Name | Ownership Type | City | State Or Province | Country/Region | Employees (Single Site) | Employees (All Sites) | Revenue (USD) | D&B Hoovers Industry | D&B Hoovers Contacts | Direct Marketing Status |
|---|---|---|---|---|---|---|---|---|---|---|
| HOMEEASY INDUSTRIAL | Private | Kwun Tong | | Hong Kong SAR | 1 | | 171k | Miscellaneous Wholesale | 3 | Has Not Opted Out of Direct |
| Emerson Quiet Ko | Private | Fairfield | New Jersey | United States | 40 | 40 | 2.7M | Construction and Hardware Materials Wholesale | 1 | Has Not Opted Out of Direct |
| Home Easy Ltd. | Private | Fairfield | New Jersey | United States | 10 | 10 | 2M | Home Furnishings Wholesale | | Has Not Opted Out of Direct |

Exhibit 9, Page 1