# EXHIBIT 10



HOMEEASY INDUSTRIAL CO., LIMITED
Company Summary

# Company Summary

**HOMEEASY INDUSTRIAL CO., LIMITED**
Rm 606 6/F CATIC BLDG , 44 Tsun Yip St
Kwun Tong,
Hong Kong SAR
Marketability: Has Not Opted Out of Direct Marketing
www.home-easy.net

| | | | |
|---|---|---|---|
| **Employees (This Site):** | 1 (Actual) | **Reporting Currency:** | HKD |
| **Company Type:** | Private Parent, Headquarters | **Financials In:** | USD |
| **Corporate Family:** | 3 Companies | **Annual Sales:** | 171k (Modelled) |
| **D-U-N-S® Number:** | 66-931-4841 | | |

## Business Description

Homeeasy Industrial Co., Limited is primarily engaged in the wholesale distribution of non-durable goods, not elsewhere classified, such as art goods, industrial yarns, textile bags, and bagging and burlap.

*Source: D&B*

## Industry

**D&B Hoovers:** Miscellaneous Wholesale
**US 8-Digit SIC:** 51999914 - General merchandise, non-durable

## Company Identifiers

| | | | |
|---|---|---|---|
| **D-U-N-S® Number:** | 669314841 | **Company Registry Identification Number (HK):** | 980011 |
| **Business Registration Number (HK):** | 35782685 | | |

## Corporate Highlights

**Year Founded:** 2005

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.

## Key Contacts


**Wei Xiao**
Director


**Pak Sing Ho**
Director


**Fei Lei**
Director

© Dun & Bradstreet, Inc. 2021. All Rights Reserved.