# EXHIBIT 11



3/4/2021 · HOMEEASY

HomeEasy · HOME · GROUP · BRAND · SALES · NEWS · JOIN US · 简 | EN

## GLOBAL MARKETING



**India**
E-mail：simon.shan@home-easy.net
Add.：No. 10/10, Chakrapani Road, Narasingapuram, Guindy, Chennai 600032
4

**China Shunde**
Email：h.e@homeeasy.net
Add.：201 #Building II, Tianfulai II, No.37 Changbao West Road, Ronggui, Shunde, Foshan, Guangdong, P.R.China
5

**USA**
Email：vincent@homeeasy.net
Add.：1275 Bloomfield Ave,Building16, Fairfield, NJ 07004
6

The American company was established in Fairfield, New Jersey in 1949 and has been manufacturing and selling a variety of air conditioning products.

## PARTNER



Exhibit 11, Page 1

3/4/2021                                    HOMEEASY

## HOMEEASY INDUSTRIAL CO.LTD          🌐 Subsidiary Website          Hotline

ADD：No.1 201 of Tianfulai International Industrial City, Ronggui       American companies          American Service Hotline
Rongli Neighborhood Committee, Shunde District, Foshan City            www.emersonquietkool.com        📞1-844-801-8880
P.C：528305                                                             India company
E-mail：h.e@homeeasy.net                                               www.braydenworld.com            China Service Hotline

contact us                                                             Geektechnology company          📞400-967-2568
                                                                       www.geektechnology.com/

 

Copyright© 2019 HOMEEASY INDUSTRIAL CO.LIMITED粤ICP备19022491号 | User Agreement | Privacy Policy | Terms of use

Exhibit 11, Page 2