# EXHIBIT 12

I, Pi Yin Chiang, hereby declare:

That I possess advanced knowledge of Mandarin and English. My qualifications are as follows:

- BA from National Cheng Chi University in Taipei Taiwan and an MBA from Baruch College
- 20 years of experience in the translation and interpretation field
- A New York court certified interpreter in 2018

The attached translation of "2-No. 25323977-CNIPA decision" and "4-No. 8571479-CNIPA re-examination decision" is, to the best of my knowledge and belief, a true and accurate translation from Mandarin to English.

All statements made in this declaration of my own knowledge are true and all statements made on information and belief are believed to be true. I make these statements with the understanding that willful false statements are the like are punishable by fine or imprisonment, or both.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on this 5th day of March, 2021.

At: email

*Pi Yin Chiang*
_____
Pi Yin Chiang



# 国家知识产权局

(2020)商标异字第0000000109号

### 第25323977号"EMERSON QUIET KOOL"商标准予注册的决定

异议人：艾默生静酷有限公司

委托代理人：广东中亿律师事务所

被异议人：艾默生电气公司

委托代理人：北京市君合律师事务所

异议人艾默生静酷有限公司对被异议人艾默生电气公司经我局初步审定并刊登在第1595期《商标公告》第25323977号"EMERSON QUIET KOOL"商标提出异议，我局依据《商标法》有关规定予以受理。被异议人已在规定期限内作出答辩。

根据当事人陈述的理由及事实，经审查，我局认为：

被异议商标为"EMERSON QUIET KOOL"，指定使用于第11类"空气调节装置；空调机；空气冷却装置"等商品上，该商标申请日期为2017年07月14日。异议人称被异议人恶意抢注其在先使用并具有一定影响力的"EMERSON QUIET KOOL"商标。但异议人提供的其在美国的商标注册复印件等证据不足以证明，在被异议商标申请注册前，"EMERSON QUIET KOOL"作为其商标在"空气调节装置；空调机；空气冷却装置"相同或类似商品上在中国在先使用或在先使用并具有一定影响力，且经查，被异议人在2010年08月13日已在第11类上申请注册第8571479号"EMERSON QUIET

KOOL"商标并已核准使用,故异议人上述主张不能成立。

依据《商标法》第三十五条规定,我局决定:第25323977号"EMERSON QUIET KOOL"商标准予注册。

依据《商标法》第三十五条规定,异议人如对本决定不服,可以依照《商标法》第四十四条、第四十五条规定向国家知识产权局请求宣告该注册商标无效。





2020.02.28.20
￥0004.60
本埠挂信00025克

100005

北京市东城区建国门北大街8号华润大厦20层

北京市君合律师事务所

21726717

25323977

国家知识产权局商标局

地址：北京市西城区茶马南街1号

邮政编码：100055


信XC 5783 7163 0 11
XD12072 016 010628





# China National Intellectual Property Administration

(2020) Trademark Yi Zi No. 0000000109

_____

The decision of granting the registration of the No. 25323977 "EMERSON QUIET KOOL" trademark

The Objector: EMERSON QUIET KOOL Co., Ltd.

Attorney: Guangdong Zhongyi Law Firm

The Respondent: Emerson Electric Company

Attorney: Beijing JunHe LLP


      The Objector EMERSON QUIET KOOL Co., Ltd. filed an objection to the No. 25323977 "EMERSON QUIET KOOL" trademark, which was preliminarily reviewed by our Office and published in the 1595th "Trademark Bulletin". Our Office accepted the case in accordance with the relevant provisions of the Trademark Law. The Respondent has made a reply within the prescribed time limit.

      Based on the reasons and facts stated by the parties, upon review, our Office believes that:

      The "EMERSON QUIET KOOL" trademark in question is designated to be used on the Class 11 "air conditioning equipment; air conditioners; air cooling equipment" and other commodities. The trademark application date is July 14, 2017. The Objector claimed that the Respondent maliciously and preemptively registered the "EMERSON QUIET KOOL" trademark that was used earlier by the objector and had a certain influence. However, evidence such as a copy of its trademark registration in the United States provided by the Objector is not sufficient to prove that before the trademark in question was registered, "EMERSON QUIET KOOL" has been used as a trademark on the same or similar "air conditioning device; air conditioner; air cooling device" products in China and has a certain influence. After investigation, the Respondent has applied for the registration of the No. 8571479 "EMERSON QUIET KOOL" trademark on the Class 11 on August 13, 2010, and that trademark has been approved for use, so the above claims of the Objector cannot be established.

  In accordance with Article 35 of the Trademark Law, our Office decided: the registration of No. 25323977 "EMERSON QUIET KOOL" trademark shall be granted.

  According to Article 35 of the Trademark Law, if the objector disagrees with this decision, he or she can go through an appeal process through the China National Intellectual Property Administration to declare the registration invalid in accordance with the provisions of Article 44 and Article 45 of the Trademark Law.

[seal:] China National Intellectual Property Administration/January 2nd, 2020/Trademark examination stamp/ 1101081467331





Dong Dan (Tou) 1

Beijing

Langfang Yonghua Paper Plastic Product Factory
Standard GB/T 1416-2003
Volume: 200000
Produced in 2019
Supervised by Hebei Postal Management Bureau
05-R018-C5 domestic envelope