IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 20-1449-LPS-JLH |
| EMERSON ELECTRIC CO., | ) ) ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, Jeremy D. Anderson of Fish & Richardson, P.C. hereby withdraws his appearance as counsel for Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. and Karen E. Keller and Andrew E. Russell of Shaw Keller LLP hereby enter their appearance for Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. in this matter

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com

*Entering Attorneys for Plaintiffs*

Dated: March 18, 2021

/s/ Jeremy D. Anderson
Jeremy D. Anderson (No. 4515)
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
janderson@fr.com

*Withdrawing Attorney for Plaintiffs*