IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 20-1449-LPS-JLH |
| EMERSON ELECTRIC CO., | ) ) | |
| Defendant. | ) ) | |

## **STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadlines for plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. to file an answering brief or to amend their complaint under Federal Rule of Civil Procedure 15(a)(1)(B) in response to defendant Emerson Electric Co.'s motion to dismiss (D.I. 7) are extended to April 19, 2021. The parties further stipulate and agree, subject to the approval of the Court, that the deadline for defendant Emerson Electric Co. to file a reply brief in support of its motion to dismiss is extended to three weeks from the date on which an answering brief is filed.

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Adam W. Poff* |
| Karen E. Keller (No. 4489) | Adam W. Poff (No. 3990) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT |
| I.M. Pei Building | & TAYLOR LLP |
| 1105 North Market Street, 12th Floor | Rodney Square, 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6642 |
| kkeller@shawkeller.com | apoff@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: March 19, 2021

IT IS SO ORDERED this _____ day of _____, 2021.


_____
United States District Court Judge