# EXHIBIT A



| | | |
|---|---|---|
| 🚗 | via I-95 S and NJ Tpke S | 2 hr 10 min |
| | Fastest route now, avoids road closure due to construction | 130 miles |
| | ⚠️ This route has tolls. | |

| | | |
|---|---|---|
| 🚗 | via I-95 S | 2 hr 20 min |
| | | 123 miles |

| | | |
|---|---|---|
| 🚗 | via US-1 S and I-95 S | 2 hr 27 min |
| | | 127 miles |

### Explore J. Caleb Boggs Federal Building



Restaurants   Hotels   Gas stations   Parking Lots   More