IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 20-1449-LPS ) ) ) ) ) |

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendant Emerson Electric Co. respectfully requests oral argument on its Motion to Dismiss Plaintiff's Complaint (D.I. 7). Briefing on the Motion was completed on May 10, 2021 (D.I. 8, 12, 13).

Counsel for Defendant are available at the Court's convenience for a hearing on the Motion.

| | |
|---|---|
| Dated: May 13, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: <br> James R. Batchelder <br> James L. Davis, Jr. <br> ROPES & GRAY LLP <br> 1900 University Ave., 6th Floor <br> East Palo Alto, CA 94303 <br> (650) 617-4000 <br> james.batchelder@ropesgray.com <br> james.l.davis@ropesgray.com <br><br> Peter M. Brody <br> ROPES & GRAY LLP <br> 2099 Pennsylvania Ave., N.W. <br> Washington, DC 20006 <br> (202) 508-4600 <br> peter.brody@ropesgray.com | /s/ *Robert M. Vrana* <br> Adam W. Poff (No. 3990) <br> Robert M. Vrana (No. 5666) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> 302-571-6600 <br> apoff@ycst.com <br> rvrana@ycst.com <br><br> *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Robert M. Vrana, hereby certify that on May 13, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Karen E. Keller
> Andrew E. Russell
> SHAW KELLER LLP
> I.M. Pei Building
> 1105 North Market Street, 12th Floor
> Wilmington, DE 19801
> (302) 298-0700
> kkeller@shawkeller.com
> arussell@shawkeller.com
>
> *Attorneys for Plaintiffs*

I further certify that on May 13, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel of record.

Dated: May 13, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
302-571-6600
apoff@ycst.com
rvrana@ycst.com

*Attorneys for Defendant*