IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EMERSON ELECTRIC CO., )<br>)<br>Defendant. ) | C.A. No. 20-1449-LPS-JLH |

## STIPULATION AND ORDER TO EXTEND TIME

Whereas, pursuant to the request of Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. ("Plaintiffs"), the parties have previously stipulated to extend the deadline for Plaintiffs to file an amended complaint from July 27, 2021 to August 27, 2021 (D.I. 19) and from August 27, 2021 to September 10, 2021 (D.I. 20);

Whereas Plaintiffs represented to Defendant Emerson Electric Co. on September 9, 2021 that Plaintiffs' counsel, Shaw Keller LLP, intends to withdraw as counsel for Plaintiffs, and Plaintiffs seek an additional 60 days to retain replacement counsel and file an amended complaint;

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. to file an amended complaint is extended by 60 days to November 9, 2021.

2

| | |
|---|---|
| */s/ Andrew E. Russell* | */s/ Adam W. Poff* |
| Karen E. Keller (No. 4489) | Adam W. Poff (No. 3990) |
| Andrew E. Russell (No. 5382) | Robert M. Vrana (No. 5666) |
| SHAW KELLER LLP | YOUNG CONAWAY STARGATT |
| I.M. Pei Building | & TAYLOR LLP |
| 1105 North Market Street, 12th Floor | Rodney Square, 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6642 |
| kkeller@shawkeller.com | apoff@ycst.com |
| arussell@shawkeller.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Dated: September 10, 2021

    IT IS SO ORDERED this _____ day of _____, 2021.


                  _____
                  United States District Court Judge