IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-1449-LPS-JLH <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Shaw Keller LLP ("Movant") moves to withdraw as counsel for plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. (collectively, Plaintiffs). Movant respectfully requests that the Court grant this motion, as set forth below.

1. Plaintiffs filed the complaint in this action on October 26, 2020. D.I. 1. Defendant Emerson Electric Co. filed a motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, under the doctrine of *forum non conveniens*, and under principles of international comity. D.I. 7. The Court denied the motion but stated that the case would not proceed on the current complaint. D.I. 17, D.I. 18 at 56:1-6 ("This case is not going forward on this current complaint, and it's not going anywhere unless and until the plaintiff files an amended complaint"). The Court granted Plaintiffs 30 days to file an amended complaint. *Id.*

2. The parties later stipulated to extend the deadline to amend. *See* D.I. 19, 20.

3. Under District of Delaware Local Rule 83.7, if a client does not have substitute Delaware counsel, an attorney may withdraw only "by order on a motion duly noticed to each

party and served on the party client, at least 14 days before the motion is presented, by registered or certified mail addressed to the client's last known address."

4. Attorney conduct in the United States District Court for the District of Delaware is governed by the American Bar Association's Model Rules of Professional Conduct (the "ABA Model Rules"). D. Del. Local Rule 83.6(d). The ABA Model Rules state that an attorney may withdraw for good cause. ABA Model Rule 1.16. Under Third Circuit law, "the decision as to whether to allow counsel to withdraw its representation is within the discretion of the Court," and "there is no multi-factor test that a district court must apply to decide a motion for attorney withdrawal." *Ohntrup v. Makina ve Kimya Endustrisi Kurumu*, 760 F.3d 290, 295 (3d Cir. 2014); *Sharp v. Verizon Del. Inc.*, C.A. No. 11-1209-RGA-CJB, 2012 U.S. Dist. LEXIS 179874, at *4 (D. Del. Dec. 12, 2012).

5. Here, Movant cannot continue representation of Plaintiff due to professional considerations including a breakdown in the attorney-client relationship. Movant has a duty of confidentiality to Plaintiff, and certain of the specific details are protected by attorney-client privilege or the duty of confidentiality. *See* ABA Model Rule 1.6 ("A lawyer shall not reveal information relating to the representation of a client unless the client gives informed consent"); *see also* ABA Model Rule 1.16, comment 3 ("The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."). If the Court instructs Movant to provide additional confidential details regarding these issues, Movant respectfully requests that the Court take any further submission *in camera* to protect Plaintiff's confidential information.

6. Movant has given Plaintiffs reasonable warning that Movant would withdraw. Plaintiffs intend to retain substitute counsel.

7. Movant has complied with the procedural requirements of Local Rule 83.7 and served this motion on Plaintiff on September 13, 2021 by certified mail addressed to Plaintiffs' last known address.

8. Pursuant to Local Rule 7.1.1, Movant has met and conferred with counsel for Defendant, who do not oppose this motion to withdraw. On September 10, 2021, the parties stipulated to a 60-day extension of the deadline to file an amended complaint to provide Plaintiffs time to retain replacement counsel and to file an amended complaint. D.I. 21; *see* D.I. 22 (ordering the extension).

WHEREFORE, Movant respectfully requests that the Court grant its motion to withdraw.

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for Plaintiffs*

Dated: September 28, 2021