IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 20-1449-LPS-JLH ) ) ) ) ) |

**ORDER**

WHEREAS, Shaw Keller LLP filed a Motion to Withdraw as Counsel for Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. ("Plaintiffs") (the "Motion");

IT IS HEREBY ORDERED this ___ day of _____, 2021, that the Motion is GRANTED. The appearance of Shaw Keller LLP is withdrawn from this action.

_____
United States District Court Judge