IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 20-1449-LPS-JLH |
| EMERSON ELECTRIC CO., | ) ) ) |
| Defendant. | ) ) |

## ORDER

WHEREAS, Shaw Keller LLP filed a Motion to Withdraw as Counsel for Plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. ("Plaintiffs") (the "Motion");

IT IS HEREBY ORDERED this 4th day of October, 2021, that the Motion is GRANTED. The appearance of Shaw Keller LLP is withdrawn from this action.

_____
United States District Court Judge