# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | C.A. No. 1:20-cv-01449-LPS |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Thomas E. Hanson, Jr. of the law firm Barnes & Thornburg LLP on behalf of plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. in the above-captioned case.

Dated: November 9, 2021

Respectfully submitted,

BARNES & THORNBURG LLP

/s/ *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (#4102)
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050
Phone: (302) 300-3447
Fax: (302) 300-3456
Email: thanson@btlaw.com
*Attorneys for Plaintiffs*