IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMERSON QUIET KOOL CO. LTD. and HOME EASY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> EMERSON ELECTRIC CO., <br><br> Defendant. | C.A. No. 1:20-cv-01449-LPS |

**STIPULATION AND ORDER TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline for plaintiffs Emerson Quiet Kool Co. Ltd. and Home Easy Ltd. to file an amended complaint (D.I. 17) is extended by fourteen (14) days to December 23, 2021, and defendant Emerson Electric Co. shall have thirty (30) days, until January 24, 2022, to file its response to the amended complaint.

/s/ *Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (#4102)
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801-1050
Phone: (302) 300-3447
Fax: (302) 300-3456
Email: thanson@btlaw.com
*Attorneys for Plaintiffs*

/s/ *Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
Rodney Square, 1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
rvrana@ycst.com
*Attorneys for Defendants*

Dated: December 6, 2021

IT IS SO ORDERED this _____ day of _____, 2021.

_____
United States District Court Judge